IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CRIMINAL ACTION NO. 106-10 |
| FRANK EMERY REEVES | | |

### ORDER

IT IS HEREBY ORDERED that due to the nature of the below listed exhibits which were submitted by the Government during the jury trial in the above captioned case, the said exhibits are to be returned to counsel for the United States of America for safekeeping, or production in the Court of Appeals, if necessary.

SO ORDERED this 18th day of April, 2006.

_____
DUDLEY H. BOWEN, JR., JUDGE
UNITED STATES DISTRICT COURT

Government's Exhibit 29 (heroin)
Government's Exhibits 39 - 43 (scales)
Government's Exhibits 44 - 50 (firearms)
Government's Exhibits 51 - 59 (ammunition)