# United States District Court
## Southern District of Georgia

*U.S. DISTRICT COURT*
*SOUTHERN DISTRICT OF GEORGIA*
*AUGUSTA DIVISION*
*FILED IN OFFICE*
*2:30 P.M.*
*4/18/2006*
*B McCarthy*
*Deputy Clerk*

USA )

)          CASE NUMBER   CR106-10

vs )

FRANK EMERY REEVES )

)

## ORDER

The petit jury selected for trial of the captioned case, being sequestered during the trial and

consideration of said case by direction of this Court, is to be fed its regular meal at a place

appropriate for the feeding of said jury.  The Clerk for the Southern District of Georgia is

hereby directed, pursuant to the provisions of Title 28, U.S.C. § 1871, to disburse to said

eating establishment the sum so billed for these meals.

**SO ORDERED**, this _____ 18th _____ day of _____ April _____, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA